IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCE W. GORMAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-3566

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION,

Appellee.

_____/

Opinion filed October 21, 2014.

An appeal from an order of the State of Florida, Reemployment Assistance
Appeals Commission.
Frank E. Brown, Chairman.

Lawrence W. Gorman, pro se, Appellant.

Norman A. Blessing, General Counsel, and Louis A. Gutierrez, Tallahassee, for
Appellee.

PER CURIAM.

Appellant has sought review of a final order of the Reemployment
Assistance Appeals Commission, rendered on April 29, 2014.  The notice of
appeal, which was filed on July 8, 2014, failed to invoke the Court's appellate
jurisdiction in a timely manner.  Fla. R. App. P. 9.110(b).  Accordingly, the appeal
is dismissed.  Appellee's motion to dismiss, filed on August 25, 2014, is denied.

WOLF, BENTON, and MAKAR, JJ., CONCUR.